# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143330(58)

PROGRESSIVE MARATHON INSURANCE
COMPANY,
     Plaintiff/Cross-Defendant-Appellant,

v

RYAN DEYOUNG and NICOLE L.
DEYOUNG,
     Defendants,

and

SPECTRUM HEALTH HOSPITALS and
MARY FREE BED REHABILITATION
HOSPITAL,
     Intervenors/Cross-Plaintiffs-Appellees,

and

CITIZENS INSURANCE COMPANY OF
AMERICA,
     Intervenor/Cross-Defendant-Appellee.
_____

SC: 143330
COA: 296502
Ottawa CC: 09-001034-CZ

On order of the Chief Justice, the motion by the Insurance Institute of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

_____
Clerk